UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, on behalf of himself and
all others similarly situated,

                Plaintiff,

      v.

BLUE OAK NJ 1 LLC d/b/a BLUE OAK
DISPENSARY,

                Defendant.

24-CV-08013 (JAV)

**NOTICE OF REASSIGNMENT**

JEANNETTE A. VARGAS, United States District Judge:

      This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-jeannette-vargas.  Unless and until the Court orders otherwise, all

prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: January 13, 2025
      New York, New York

                                        _____
                                      JEANNETTE A. VARGAS
                                      United States District Judge