UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TAVON TURNER, *on behalf of himself and all others*    :
*similarly situated*,    :
:
      Plaintiff,    :    24-CV-08013 (JAV)
:
   -v-    :    <u>ORDER</u>
:
BLUE OAK NJ 1 LLC d/b/a BLUE OAK    :
DISPENSARY,    :
:
      Defendant.    :
:
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

  Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*. By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement. To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

  The previously scheduled initial conference set for February 19, 2025, is adjourned sine die.

  SO ORDERED.

Dated: January 13, 2025           _____
   New York, New York          JEANNETTE A. VARGAS
                  United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

TAVON TURNER, *on behalf of himself and all others similarly situated*,

                Plaintiff,

    -v-

BLUE OAK NJ 1 LLC d/b/a BLUE OAK DISPENSARY,

                Defendant.

------------------------------------------------------------------- X

24-CV-08013 (JAV) (VF)

<u>ORDER OF REFERENCE TO A MAGISTRATE JUDGE</u>

JEANNETTE A. VARGAS, United States District Judge:

    This action is referred to the assigned Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| _X_ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: _____ |

SO ORDERED.

Dated: January 13, 2025
       New York, New York

                                    _____
                                    JEANNETTE A. VARGAS
                                    United States District Judge