**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____              │
│ DATE FILED: __ 2/24/2025        │
└─────────────────────────────────┘
```

-----------------------------------------------------------------X

TAVON TURNER,

                           Plaintiff,

              -against-

BLUE OAK NJ 1 LLC d/b/a
BLUE OAK DISPENSARY,

                        Defendant.

                         **24-CV-8013 (JAV) (VF)**

                         **ORDER**

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       On January 13, 2025, this case was referred to me for general pretrial supervision.

Plaintiff filed the Complaint on October 22, 2024. Plaintiff's deadline to serve Defendant with the Complaint was January 20, 2025. Plaintiff is directed to file a certificate of service to the docket by **March 7, 2025**.

**SO ORDERED.**

DATED:     New York, New York
              February 24, 2025

                                 _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge